Request for Jurisdiction Transfer  
Name of Offender: Jamell Davon Gray

January 7, 2025

| PROB 22 (Rev. 01/24) | ☑ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>JUNE 4 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>2:16-CR-00643-FMO |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>2:25-cr-00159-JCM-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION |
|---|---|---|
| Mr. Jamell Davon Gray<br>District of Nevada<br>FILED<br>CLERK, U.S. DISTRICT COURT<br>1/7/25<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: V. Figueroa   DEPUTY | NAME OF SENTENCING JUDGE<br>Fernando M. Olguin | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>November 20, 2024 | TO<br>November 19, 2027 |

OFFENSE  
21 U.S.C 841(a)(1), and 21 U.S.C 841 (b)(1)(C): Distribution of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)  
Mr. Gray has no significant ties to the Central District of California and expects to remain in the District of Nevada for the remainder of supervised release.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __CALIFORNIA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

January 7, 2025  
Date

*United States District Judge*  
Hon. Fernando M. Olguin

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ DISTRICT OF __NEVADA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 6, 2025  
*Effective Date*

*United States District Judge*

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Jamell Davon Gray

Case No.:  TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

June 2, 2025

TO:   U.S. District Judge:

On June 22, 2017, Jamell Davon Gray was sentenced by the Honorable United States District Judge, Fernando M. Olguin, in the Central District of California to 84 months custody followed by three (3) year of supervised release for committing the offense; violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C): Distribution of Methamphetamine, in Docket Number: 2:16-CR-00643-FMO-1.

On March 6, 2024, a prerelease request was accepted to reside in the District of Nevada at his family home in Las Vegas.

On November 20, 2024, Gray commenced supervision in the District of Nevada. Gray is also on supervised release for the District of Nevada Case 2:18-cr-00137, before the Honorable United States District Judge, Kent J. Dawson.

On December 16, 2024, the Honorable Fernando M. Olguin modified Gray's special conditions to include search condition in Docket Number: 2:16-CR-00643-FMO-1.

On January 7, 2025, the Honorable Fernando M Olguin initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Gray's case. The Honorable Fernando M Olguin has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Jamell Davon Gray

                                                Respectfully submitted,

                                                /s/ Nickie Pipilakis
                                                Digitally signed by Nickie Pipilakis
                                                Date: 2025.06.04 09:43:43 -07'00'

                                              Nickie Pipilakis
                                              United States Probation Officer

Approved:

/s/ Donnette Johnson
Digitally signed by Donnette Johnson
Date: 2025.06.03 17:53:54 -07'00'

Donnette Johnson
Supervisory United States Probation Officer